**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**DEVONTEE PARKER,**

**Defendant.**

**Case No. 25-cr-96 (JDB)**

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | **100 – Advertisements** | | | |
| 101 | Spotlight Search Results 8.13.2021 - 3.3.2024.csv | | | |
| 102 | Spotlight Search Results 11.8.2019 -7.27.2020.csv | | | |
| 103 | FBI Ad Compliation.xlsx | | | |
| 104 | MegaPersonals Data.txt | | | |
| 105 | MegaPersonals Photographs.pdf | | | |
| 105A | A.L. ad photos from MegaPersonals.docx | | | |
| 105B | A.H. ad photos from MegaPersonals.docx | | | |
| 106 | SkiptheGames return 1.csv | | | |
| 107 | SkiptheGames return 2.csv | | | |
| 108 | 2021-08-24T02_43_00.000Z (A.H.-M STG).pdf | | | |
| 109 | 2021-11-24T14_53_22.000Z (A.L. Adult Look).pdf | | | |
| 110 | 2021-11-25T00_30_39.000Z (A.L. AdultSearch).pdf | | | |
| 111 | 2021-11-25T17_56_00.000Z (A.L. STG).pdf | | | |
| 112 | 2021-12-01T13_20_00.000Z (A.L. STG ad).pdf | | | |
| 113 | 2022-01-03T22_36_35.000Z (A.L. Adult Look).pdf | | | |
| 114 | 2022-06-26T00_46_02.000Z (A.L. Adult Look).pdf | | | |
| 115 | 2022-07-10T00_53_01.000Z (A.L. Adult Look).pdf | | | |
| 116 | 2022-07-26T12_36_11.000Z (A.L. Adult Look).pdf | | | |
| 117 | 2022-08-08T10_50_00.000Z (A.L. STG).pdf | | | |
| 118 | 2023-04-25T06_35_23.000Z (A.L. AdultSearch).pdf | | | |
| 119 | 2023-04-27T01_58_00.000Z (A.L. STG).pdf | | | |
| 120 | 2023-04-27T12_46_57.000Z (A.L. Adult Look).pdf | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 121 | 2021-07-15T11_50_00.000Z (A.H. STG).pdf | | | |
| 122 | 2019-12-12T04_44_00.000Z (A.A.-D.T. STG).pdf | | | |
| | | | | |
| **200 – Business Records** | | | | |
| 201 | Hyatt Place Invoice – 11.24.2021.pdf | | | |
| 202 | Folio Mark Center – 1.3.2022.pdf | | | |
| 203 | Extended Stay Folio - 8.8.2022 - 9.10.2022.pdf | | | |
| 204 | Extended Stay Folio - 9.10.2022 - 10.31.2022.pdf | | | |
| 205 | Avis Budget records – 4.25.2023.xlsx | | | |
| 206 | Avis Customer Records Spreadsheet – Devontee Parker.xlsx | | | |
| 207 | Frontier Airlines records.pdf | | | |
| 208 | American Airlines records.pdf | | | |
| 209 | Extended Stay Folio - 4.2023.pdf | | | |
| | | | | |
| **300 – Phone-Related Records** | | | | |
| 301a | +12135878851_#217921689_2021.07.15 - 2021.10.31.pdf | | | |
| 301b | +12135878851_#217921689_2021.11.01 - 2022.02.15.pdf | | | |
| 301c | +12135878851_#217921689_2022.02.16 - 2022.06.15.pdf | | | |
| 302a | +12136163119_#249256840_2022.06.16 - 2022.10.15.pdf | | | |
| 302b | +12136163119_#249256840_2022.10.16 - 2023.01.15.pdf | | | |
| 302c | +12136163119_#249256840_2023.01.16 - 2023.03.31.pdf | | | |
| 302d | +12136163119_#249256840_2023.04.01 - 2023.05.25.pdf | | | |
| 303 | +12136300431_#217921689_2021.07.15 - 2021.10.31.pdf | | | |
| 304a | +12138221136_#217921689_2021.07.15 - 2021.10.31.pdf | | | |
| 304b | +12138221136_#217921689_2021.11.01 - 2022.02.15.pdf | | | |
| 304c | +12138221136_#217921689_2022.02.16 - 2022.06.15.pdf | | | |
| 304d | +12138221136_#217921689_2022.06.16 - 2022.10.15.pdf | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 304e | +12138221136_#217921689_2022.10.16 - 2023.01.15.pdf | | | |
| 305 | +12138223440_#217921689_2021.07.15 - 2021.10.31.pdf | | | |
| 306a | +12139359909_#217921689_2021.07.15 - 2021.10.31.pdf | | | |
| 306b | +12139359909_#217921689_2021.11.01 - 2022.02.15.pdf | | | |
| 306c | +12139359909_#217921689_2022.02.16 - 2022.06.15.pdf | | | |
| 307 | Subscriber info 18187498170.pdf | | | |
| 308 | Subscriber info 12136487491.xls | | | |
| 309 | CDR_Mediations_8187498170_12355231.xlx | | | |
| 310 | CDR_Mediations_8187498170_12936808.xlx | | | |
| 311 | CDR_Mediations_2136487491_12355232.xlx | | | |
| 312 | CDR_Mediations_2136487491_12935431.xlx | | | |
| 313 | CDR_Mediations_2136487491_12863499.xls | | | |
| 314 | CDR_Mediations_2136487491_12896282.xls | | | |
| 315 | CDR_Mediations_8187498170_12936808.xls | | | |
| 316 | Data_Sessions_324161_2136487491.xlsx | | | |
| 317 | Subscriber information 12134539037.pdf | | | |
| 318 | CDR_2134539037.pdf | | | |
| 319 | Historical Precision Location Information 12134539037.pdf | | | |
| 320 | CAST Report | | | |
| | | | | |
| | **400 – Financial Records** | | | |
| 401 | CashApp – Parker - C_sjdda1m1x.xlsx | | | |
| 402 | CashApp – A.L. - C_802hk1mwb.xlsx | | | |
| 403 | CashApp - A.L. - C_002hb0ykr.xlsx | | | |
| 404 | Venmo.xlsx | | | |
| 405 | Navy Federal Credit Union.pdf | | | |
| 406 | CashApp – A.L. - C_sacxaayvs.xlsx | | | |
| 407 | CashApp – Parker - C_stevxgykf.xlsx | | | |
| 408 | First National Bank Texas records | | | |
| 409 | Aspiration records | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 410 | Texell Credit Union records | | | |
| 411 | Stride bank records | | | |
| 412 | MVB | | | |
| 413 | CashApp – A.L. - C_5tcye1y75.xlsx | | | |
| 414 | CashApp – A.L. - C_5ycp28ys7.xlsx | | | |
| 415 | Inflows.pdf | | | |
| 416 | AL-Funds-Paid.pdf | | | |
| 417 | DP-Funds-Received.pdf | | | |
| | | | | |
| **500 – Social Media/iCloud Records** | | | | |
| 501 | A.L. - Parker Facebook chat - April 2021 – Full.pdf | | | |
| 501a | A.L. - Parker Facebook chat - April 2021 – Excerpt 1.pdf | | | |
| 501b | A.L. - Parker Facebook chat - April 2021 – Excerpt 2.pdf | | | |
| 501c | A.L. - Parker Facebook chat - April 2021 – Excerpt 3.pdf | | | |
| 502 | A.L. - Parker Facebook chat - August 2021 – Full.pdf | | | |
| 503 | A.L. - Parker Facebook chat – October 2021 – April 2022 – Full.pdf | | | |
| 503A | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 1 | | | |
| 503B | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 2.pdf | | | |
| 503C | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 3.pdf | | | |
| 503D | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 4.pdf | | | |
| 503E | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 5.pdf | | | |
| 503F | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 6.pdf | | | |
| 503G | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 7.pdf | | | |
| 503H | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 8.pdf | | | |
| 503I | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 9.pdf | | | |
| 503J | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 10.pdf | | | |
| 503K | A.L. - Parker Facebook chat – October 2021 – April 2022 - Excerpt 11.pdf | | | |
| 503l | A.L. – Parker Facebook chat – October 2021 – April 2022 - Photo from 10.15.2021.jpg | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 504 | A.L. - Parker iCloud chat - January 2022 - September 2022 - Full.pdf | | | |
| 504a | A.L. - Parker iCloud chat - January 2022 - September 2022 – Excerpt 1.pdf | | | |
| 505 | A.L. - Parker iCloud chat - June 2023 - July 2023 – Full.pdf | | | |
| 505A | A.L. - Parker iCloud chat - June 2023 - July 2023 - Excerpt 1.pdf | | | |
| 505B | A.L. - Parker iCloud chat - June 2023 - July 2023 - Excerpt 2.pdf | | | |
| 506 | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Full.pdf | | | |
| 506A | A.L. – Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 1.pdf | | | |
| 506B | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 2.pdf | | | |
| 506C | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 3.pdf | | | |
| 506D | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 4.pdf | | | |
| 506E | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 5.pdf | | | |
| 506F | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 6.pdf | | | |
| 506G | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 7.pdf | | | |
| 506H | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 8.pdf | | | |
| 506I | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 9.pdf | | | |
| 506J | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 10.pdf | | | |
| 506K | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 11.pdf | | | |
| 506L | A.L. - Parker – Parker phone chat - January 2024 - March 2024 - Excerpt 12.pdf | | | |
| 507 | A.L. – Parker – A.L. phone chat - Full.pdf | | | |
| 507A | A.L. - Parker - A.L. phone chat - Excerpt 1.pdf | | | |
| 507B | A.L. - Parker - A.L. phone chat - Excerpt 2.pdf | | | |
| 508 | A.L. – R.L. Facebook chat – Full.pdf | | | |
| 508A | A.L. – R.L. Facebook chat – Excerpt 1.pdf | | | |
| 509 | A.L. – A.L. Facebook chat – Full.pdf | | | |
| 509A | A.L. – A.L. Facebook chat – Excerpt 1.pdf | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 510 | A.L. - Parker - Facebook chat - May 2022 - October 2022 - Full.pdf | | | |
| 510A | A.L. - Parker - Facebook chat - May 2022 - October 2022 - Excerpt 1.pdf | | | |
| 511 | A.L. - Parker - Facebook Chat - January 2022 - April 2022 – Full.pdf | | | |
| 511A | A.L. - Parker - Facebook Chat - January 2022 - April 2022 – Excerpt 1.pdf | | | |
| 511B | A.L. - Parker - Facebook Chat - January 2022 - April 2022 – Excerpt 2.pdf | | | |
| 511C | A.L. - Parker - Facebook Chat - January 2022 - April 2022 – Excerpt 3.pdf | | | |
| 512 | A.L. - J.B. Facebook chat.pdf | | | |
| 513 | SnapChat subscriber records.csv | | | |
| | | | | |
| **600 – Law Enforcement Records** | | | | |
| 601 | Jeffrey Grambow BWC | | | |
| 602 | Michael Bogacki BWC | | | |
| 603 | UC Message 1 4.25.23.png | | | |
| 604 | UC Message 2 4.25.23.png | | | |
| 605 | UC Message 3 4.25.23.png | | | |
| 606 | UC Message 4 4.25.23.png | | | |
| | | | | |
| **700 – Witness Statements/Transcripts** | | | | |
| 701 | A.L. grand jury testimony | | | |
| 702 | A.L. BWC interview in AZ | | | |
| 703 | A.L. BWC interview in AZ transcript | | | |
| 704 | Det. Johnson grand jury testimony – 9/26/2024 | | | |
| 705 | Det. Johnson grand jury testimony – 4/3/2025 | | | |
| 706 | A.H. recorded interview | | | |
| 707 | A.H. recorded interview transcript | | | |
| 708 | D.T. recorded interview | | | |
| 709 | D.T. recorded interview transcript | | | |
| 710 | G.C. recorded interview | | | |
| 711 | G.C. recorded interview transcript | | | |
| 712 | E.G. recorded interview | | | |
| 713 | E.G. recorded interview transcript | | | |

| EXHIBIT | DESCRIPTION | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | | | | |
| | **800 – Photos/Videos/Phone Content** | | | |
| 801 | IMG_8124.jpeg | | | |
| 802 | IMG_8125.jpeg | | | |
| 803 | IMG_8126.jpeg | | | |
| 804 | IMG_8127.jpeg | | | |
| 805 | IMG_8128.jpeg | | | |
| 806 | IMG_8130.jpeg | | | |
| 807 | IMG_9655.png | | | |
| 808 | IMG_9656.png | | | |
| 809 | IMG_9657.png | | | |
| 810 | JGQY5559.jpg | | | |
| 811 | unified_message_1039425776917735.mp4 | | | |
| 812 | unified_message_883608228983387.mp4 | | | |
| 813 | unified_message_664858964669674.mp4 | | | |
| 814 | unified_message_1261713854307437.mp4 | | | |
| 815 | unified_message_520209169252541.mp4 | | | |
| 816 | unified_message_662119658306869.jpg | | | |
| 817 | unified_message_634529701195253.mp4 | | | |
| 818 | IMG_9671.JPG | | | |
| 819 | Rita at SeaWorld 9-1-2023.pdf | | | |
| 820 | A.L. and Rita 9-16-2023.pdf | | | |
| 821 | A.L., Rita, and others 9-16-2023.pdf | | | |
| 822 | A.L. and Rita 9-16.2023.pdf | | | |
| 823 | IMG_0254.JPG | | | |
| | | | | |
| | **900 – Miscellaneous** | | | |
| 901 | Dr. Citra Raghavan CV.pdf | | | |
| 902 | Dr. Raghavan - List of Cases Testified.pdf | | | |
| 903 | Kelly DiPietrantonio CV.pdf | | | |
| 904 | Agent DiPietrantonio – List of Cases Testified.pdf | | | |

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Rachel Bohlen*
Rachel Bohlen
D.C. Bar No. 1010981
Karen Shinskie
D.C. Bar No. 1023004
Assistant United States Attorneys
United States Attorney's Office
601 D Street NW
Washington, DC
Emails: rachel.bohlen@usdoj.gov
karen.shinskie@usdoj.gov

A. TYSEN DUVA
Assistant Attorney General
Department of Justice
Criminal Division

By: */s/ Jessica Arco*
Jessica Arco
D.C. Bar No. 1035204
Trial Attorney
Human Rights & Special Prosecutions Section
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Email: Jessica.Arco@usdoj.gov